5-638563
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MAERSK LINE,

            Plaintiff,

- against -

USCA-SEABELL, INC.,

           Defendant.
-----------------------------------------------------------X

JUDGE STEIN

07 CIV 8756

CIVIL COMPLAINT
IN ADMIRALTY

OCT 10 2007
U.S.D.C. S.D.N.Y.
CASHIERS

      Plaintiff MAERSK LINE, by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against defendant USCA-SEABELL, INC., in personam, in a cause of action civil and maritime, alleges upon information and belief:

      1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, the Ocean Shipping Reform Act of 1999, 46 U.S.C., App. Section 1701, et seq., and Paragraph 26 of the Bills of Lading.

      2. At all times hereinafter mentioned, plaintiff MAERSK LINE was and still is a corporation duly organized and existing under the laws of the State of Delaware with offices and a place of business at 6000 Carnegie Blvd., Charlotte, NC 28209.

      3. Upon information and belief and at all times hereinafter mentioned, defendant USCA-SEABELL, INC. was and still is a corporation organized and existing under the laws of the State of New York, with offices and a place of businesss at 50 Harrison St., Hoboken, NJ 07030.

      4. From on or about December 1, 2006 to the present, defendant delivered cargoes to plaintiff at various ports for the purpose of having the cargoes carried to various ports of destination, there to be delivered to the consignees and/or their agents, in consideration of payment by defendant to plaintiff of ocean freight and related charges, calculated pursuant to a Service Contract between the parties and/or plaintiff's tariff.

5. Thereafter, defendant made shipments with plaintiff, and incurred charges totalling $305,975.80.

6. Defendant has failed to remit the payment due of $305,975.80, although duly demanded (Exhibit A).

7. All shipments were properly carried by plaintiff, or are in the process of being carried by plaintiff.

8. Plaintiff has performed and is performing all acts required to be performed by plaintiff.

9. Defendant has failed and refused and continues to fail and refuse to remit payment of $305,975.80, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $305,975.80 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon, costs, disbursements and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
October 10, 2007

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By _____
Albert J. Avallone - AA1679
Attorneys for Plaintiff
MAERSK LINE
551 Fifth Avenue, Suite 1625
New York, NY 10176
(212) 696-1760

# MAERSK LINE

6000 Carnegie Boulevard, Charlotte, NC 28209

**Special Report**

Customer Name: USCA SEABELL INC
Customer Number: 3310023144S
Group: P
Statement of Account as of: 10/3/2007 01:01 PM

| Transaction Number / Invoice Number | B/L Number | Due Date | Original Amount | Amount Paid | Outstanding Amount | Days Past Due | Shipper Ref | Forwarder Ref |
|---|---|---|---|---|---|---|---|---|
| U138485903 | 854873098 | 7/22/2007 | $2,146.00 | $0.00 | $2,146.00 | 72 | OE004827 | OE004827 |
| U138485904 | 854872968 | 7/22/2007 | $2,133.00 | $0.00 | $2,133.00 | 72 | OE004819 | OE004819 |
| U138493949 | 523506969 | 7/22/2007 | $4,090.00 | $0.00 | $4,090.00 | 72 | OE004984 | |
| U138460811 | 523523177 | 7/22/2007 | $3,999.01 | $0.00 | $3,999.01 | 72 | OE004812 | OE004812 |
| U138480831 | 523486745 | 7/22/2007 | $4,090.00 | $0.00 | $4,090.00 | 72 | OE004945 | |
| U138482770 | 523506974 | 7/22/2007 | $4,090.00 | $0.00 | $4,090.00 | 72 | OE004946 | OE004946 |
| U138566011 | 523447227 | 7/23/2007 | $4,579.18 | $4,135.00 | $444.18 | 71 | 23154 WS | |
| U138614819 | 854831354 | 7/26/2007 | $4,015.00 | $0.00 | $4,015.00 | 68 | OE004787 | OE004787 |
| CNCB00779 | 523389944 | 7/30/2007 | $4,579.15 | $4,135.00 | $444.15 | 64 | 23154 WS | |
| U138592000 | 854951528 | 7/30/2007 | $4,225.00 | $0.00 | $4,225.00 | 64 | OE004937 | OE004937 |
| U138512611 | 854952229 | 7/30/2007 | $2,398.00 | $0.00 | $2,398.00 | 64 | OE004926 | OE004926 |
| U138533849 | 854876445 | 8/5/2007 | $3,999.18 | $0.00 | $3,999.18 | 58 | OE004888 | OE004888 |
| U138625773 | 523645209 | 8/6/2007 | $4,891.00 | $0.00 | $4,891.00 | 57 | OE005050 | |
| U138545396 | 854960533 | 8/6/2007 | $2,863.00 | $0.00 | $2,863.00 | 57 | OE005040 | OE005040 |
| U138535646 | 523624076 | 8/8/2007 | $14,677.01 | $13,240.00 | $1,437.01 | 55 | LC ZCC009-2703252 | |
| U138549703 | 523655823 | 8/8/2007 | $11,741.61 | $10,592.00 | $1,149.61 | 55 | LC ZLC009-2703353 | |
| U138788139 | 523616665 | 8/9/2007 | $17,100.73 | $14,943.00 | $2,157.73 | 54 | 6274 | |
| U138567174 | 854811350 | 8/9/2007 | $4,015.00 | $0.00 | $4,015.00 | 54 | OE004786 | OE004786 |
| U138800767 | 854947061 | 8/13/2007 | $5,585.00 | $0.00 | $5,585.00 | 50 | OE004890 | OE004890 |

EXHIBIT "A"

10/3/2007 1:01:43 PM

# MAERSK LINE

Special Report

6000 Carnegie Boulevard, Charlotte, NC 28209

Customer Name: USCA SEABELL INC
Customer Number: 33100231448

Group: 1ª
Statement of Account as of: 10/3/2007 01:01 PM

| Invoice Number | Transaction Number / Bl Number | Due Date | Original Amount | Amount Paid | Outstanding Amount | Days Past Due | Shipper Ref | Forwarder Ref |
|---|---|---|---|---|---|---|---|---|
| U138577910 | 85487646 | 8/13/2007 | $3,998.31 | $0.00 | $3,998.31 | 50 | OE004887 | OE004887 |
| U138663986 | 523737025 | 8/13/2007 | $2,436.00 | $0.00 | $2,436.00 | 50 | OE005058 | |
| U138584544 | 523695186 | 8/13/2007 | $2,398.00 | $0.00 | $2,398.00 | 50 | OE005051 | |
| U138584545 | 523695137 | 8/13/2007 | $4,225.00 | $0.00 | $4,225.00 | 50 | OE005013 | |
| U138677074 | 523556620 | 8/17/2007 | $3,726.00 | $0.00 | $3,726.00 | 46 | 23154 WS | |
| U138618001 | 854964089 | 8/19/2007 | $3,998.55 | $0.00 | $3,998.55 | 44 | OE005022 | OE005022 |
| U138584602 | 854952210 | 8/19/2007 | $4,090.00 | $0.00 | $4,090.00 | 44 | OE004925 | OE004925 |
| U138589452 | 523616964 | 8/19/2007 | $4,405.00 | $0.00 | $4,405.00 | 44 | 23154 WS | |
| U138596866 | 523564896 | 8/19/2007 | $5,871.00 | $5,115.00 | $756.00 | 44 | LUA4647 | |
| U138680449 | 523675426 | 8/20/2007 | $3,315.70 | $0.00 | $3,315.70 | 43 | 23154 WS | |
| U138625868 | 854920217 | 8/21/2007 | $4,015.00 | $0.00 | $4,015.00 | 40 | OE004947 | OE004947 |
| U138636229 | 523737172 | 8/23/2007 | $4,700.00 | $0.00 | $4,700.00 | 40 | 23154 WS | |
| U138755569 | 523725516 | 8/23/2007 | $5,293.00 | $3,945.00 | $1,348.00 | 40 | 23154 WS | |
| U138728945 | 523776089 | 8/25/2007 | $4,630.00 | $4,530.00 | $100.00 | 38 | 23154 WS | |
| U138625754 | 523615240 | 8/26/2007 | $2,231.00 | $0.00 | $2,231.00 | 37 | 23154 WS | |
| U138644310 | 523645763 | 8/30/2007 | $3,843.24 | $0.00 | $3,843.24 | 33 | 23154 WS | |
| U138700802 | 523734689 | 8/30/2007 | $4,570.00 | $0.00 | $4,570.00 | 33 | 23154 WS | |
| U138707199 | 523786088 | 9/2/2007 | $4,225.00 | $0.00 | $4,225.00 | 30 | OE005454 | |
| U138786771 | 523830714 | 9/2/2007 | $2,411.00 | $0.00 | $2,411.00 | 30 | OE005477 | |

# MAERSK LINE

Special Report

6000 Carnegie Boulevard, Charlotte, NC 28209

Customer Name: USCA SEABELL INC
Customer Number: 3310031448
Group: P
Statement of Account as of: 10/3/2007 01:01 PM

| Transaction Number Invoice Number | Bill Number | Due Date | Original Amount | Amount Paid | Outstanding Amount | Days Past Due | Shipper Ref | Forwarder Ref |
|---|---|---|---|---|---|---|---|---|
| U138767814 | 523899288 | 9/2/2007 | $2,511.00 | $0.00 | $2,511.00 | 30 | OE005283 | |
| U138798748 | 854957138 | 9/2/2007 | $4,090.00 | $0.00 | $4,090.00 | 30 | OE005067 | OE005067 |
| U138680434 | 523657635 | 9/4/2007 | $4,545.00 | $0.00 | $4,545.00 | 28 | 23154 WS | 23154 WS |
| U138710798 | 523686782 | 9/4/2007 | $4,005.00 | $0.00 | $4,005.00 | 28 | 23154 WS | |
| U138657986 | 523645584 | 9/4/2007 | $3,158.00 | $0.00 | $3,158.00 | 28 | 23154 WS | |
| U138693346 | 523746153 | 9/5/2007 | $8,804.10 | $0.00 | $8,804.10 | 27 | 6377 | |
| U138734715 | 523746175 | 9/5/2007 | $15,496.97 | $0.00 | $15,496.97 | 27 | 6377 | 6377 |
| U138739622 | 855025585 | 9/5/2007 | $4,185.00 | $0.00 | $4,185.00 | 27 | OE005164 | OE005164 |
| U138688738 | 523813907 | 9/8/2007 | $5,036.00 | $0.00 | $5,036.00 | 24 | 23154 WS | |
| U138712382 | 523810735 | 9/8/2007 | $2,398.00 | $0.00 | $2,398.00 | 24 | OE005222 | |
| U138708973 | 523861062 | 9/9/2007 | $2,498.00 | $0.00 | $2,498.00 | 23 | OE005323 | |
| U138732564 | 523861061 | 9/9/2007 | $2,498.00 | $0.00 | $2,498.00 | 23 | OE005357 | |
| U138701975 | 523534439 | 9/9/2007 | $4,405.00 | $0.00 | $4,405.00 | 23 | 23154 WS | |
| U138683333 | 523555504 | 9/9/2007 | $3,715.00 | $0.00 | $3,715.00 | 23 | 23154 WS | 23154 WS |
| U138756241 | 523898293 | 9/9/2007 | $5,081.00 | $0.00 | $5,081.00 | 23 | OE005106 | |
| U138707818 | 523899286 | 9/9/2007 | $2,498.00 | $0.00 | $2,498.00 | 23 | OE005323 | |
| U138747622 | 523810830 | 9/9/2007 | $4,665.00 | $0.00 | $4,665.00 | 23 | OE005258 | |
| U138702367 | 855103480 | 9/9/2007 | $4,425.00 | $0.00 | $4,425.00 | 23 | OE005206 | OE005206 |
| U138702333 | 858845445 | 9/9/2007 | $4,225.00 | $0.00 | $4,225.00 | 23 | OE004793 | OE004793 |

10/3/2007 1:01:43 PM

# MAERSK LINE

6600 Carnegie Boulevard, Charlotte, NC 28209

**Special Report**

**Statement of Account as of: 10/3/2007 01:01 PM**

Customer Name: USCA SEABELL INC
Customer Number: 3310023144B
Group: P

| Transaction Number / Invoice Number | B/L Number | Due Date | Original Amount | Amount Paid | Outstanding Amount | Days Past Due | Shipper Ref | Forwarder Ref |
|---|---|---|---|---|---|---|---|---|
| U138700172 | 523694722 | 9/10/2007 | $3,266.00 | $0.00 | $3,266.00 | 22 | 23154 WS | |
| U138734293 | 854967641 | 9/12/2007 | $4,015.00 | $0.00 | $4,015.00 | 20 | OE005012 | OE005012 |
| U138704867 | 855025601 | 9/12/2007 | $3,515.00 | $0.00 | $3,515.00 | 20 | OE005165 | OE005165 |
| U138782671 | 523745339 | 9/16/2007 | $5,083.00 | $0.00 | $5,083.00 | 16 | 23154 WS | 23154 WS |
| U138822603 | 855243246 | 9/16/2007 | $2,579.00 | $0.00 | $2,579.00 | 16 | OE005342 | OE005342 |
| U138818925 | 523775754 | 9/17/2007 | $3,158.00 | $0.00 | $3,158.00 | 15 | 23154 WS | |
| U138807543 | 523839471 | 9/17/2007 | $9,189.40 | $0.00 | $9,189.40 | 15 | 23154 WS | 23154 WS |
| U138769142 | 523878523 | 9/20/2007 | $3,611.00 | $0.00 | $3,611.00 | 12 | 23154 WS | |
| U138786391 | 523937155 | 9/23/2007 | $4,426.00 | $0.00 | $4,426.00 | 9 | 523937155 | 523937155 |
| U138818787 | 523797339 | 9/23/2007 | $4,351.00 | $0.00 | $4,351.00 | 9 | 23154 WS | |
| U138801951 | 524014098 | 9/24/2007 | $4,541.00 | $0.00 | $4,541.00 | 8 | 23154 WS | |
| U138810555 | 523927142 | 9/24/2007 | $4,381.00 | $0.00 | $4,381.00 | 8 | 23154 WS | 23154 WS |
| U138818838 | 523927191 | 9/24/2007 | $4,501.00 | $0.00 | $4,501.00 | 8 | 23154 WS | 23154 WS |
| U138818158 | 523927600 | 9/26/2007 | $6,168.00 | $0.00 | $6,168.00 | 6 | 23154 WS | |
| U138812044 | 5240655556 | 9/27/2007 | $1,127.00 | $0.00 | $1,127.00 | 5 | 23154 WS | |
| U138789806 | 523948078 | 9/29/2007 | $4,371.00 | $0.00 | $4,371.00 | 3 | 23154 WS | |
| U138809502 | 523898327 | 10/1/2007 | $3,431.00 | $0.00 | $3,431.00 | 1 | 23154 WS | 23154 WS |
| U138809529 | 523908315 | 10/1/2007 | $3,880.32 | $0.00 | $3,880.32 | 1 | 23154 WS | |
| U138809691 | 523970007 | 10/1/2007 | $3,880.32 | $0.00 | $3,880.32 | 1 | 23154 WS | |

10/3/2007 1:01:43 PM

# MAERSK LINE

6100 Carnegie Boulevard, Charlotte, NC 28209

## Special Report

**Customer Name:** USCA SEABELL INC
**Customer Number:** 33100231448

Statement of Account as of: 10/3/2007 01:01 PM    Group: P

| Transaction Number Invoice Number | Due Date | Original Amount | Amount Paid | Outstanding Amount | Days Past Due | Shipper Ref | Forwarder Ref |
|---|---|---|---|---|---|---|---|
| U13880O718 523970017 | 10/1/2007 | $4,430.32 | $0.00 | $4,430.32 | | | |
| U13880O728 52396909? | 10/1/2007 | $3,431.00 | $0.00 | $3,431.00 | | 23154 WS | |
| U138809620 523960406 | 10/1/2007 | $4,051.00 | $0.00 | $4,051.00 | | 23154 WS | 23154 WS |
| U138810570 523960403 | 10/1/2007 | $4,051.00 | $0.00 | $4,051.00 | | 23154 WS | 23154 WS |
| U138810593 523979888 | 10/1/2007 | $2,782.00 | $0.00 | $2,782.00 | | 23154 WS | |
| **Group Total:** | | $366,057.10 | $60,635.00 | $305,422.10 | | | |

Avg. Days: 90.63

**Customer Name:** USCA SEADRILL INC
**Customer Number:** 3110023144R

Group: C
Statement of Account as of: 10/3/2007 01:03 PM

| Transaction Number | Supplier Number | Due Date | Balance | Disputed | Days Past Due | Shipping Ref | Country |
|---|---|---|---|---|---|---|---|
| U138755570 | 533775516 | 9/19/2007 | $130.00 | $0.00 | $130.00 | 13 23:54 WS | |
| U138842555 | 866500929 | 9/22/2007 | $350.00 | $0.00 | $350.00 | | IN USA |
| U138786765 | 523830714 | 9/29/2007 | $73.70 | $0.00 | $73.70 | 3 OE005477 | |
| **Group Total:** | | | **$553.70** | **$0.00** | **$553.70** | Avg. Days: 77.50 | |