5-638563
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

MAERSK LINE,

                    Plaintiff,

        - against -

USCA-SEABELL, INC.,

                 Defendant.
------------------------------------------------------X

OCT 1 9 2007

U.S.D.C. S.D. N.Y.
CASHIERS

07 Civ. 8756 (STEIN)

AMENDED
CIVIL COMPLAINT
IN ADMIRALTY

       Plaintiff MAERSK LINE, by its attorneys, LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES, as and for its Amended Complaint
against defendant USCA-SEABELL, INC., in personam, in a cause of action civil
and maritime, alleges upon information and belief:

       1. This is an admiralty and maritime claim within the meaning of Rule
9(h) of the Federal Rules of Civil Procedure, the Ocean Shipping Reform Act of
1999, 46 U.S.C., App. Section 1701, et seq., and Paragraph 26 of the Bills of
Lading.

       2. At all times hereinafter mentioned, plaintiff MAERSK LINE was and
still is a corporation duly organized and existing under the laws of the State of
Delaware with offices and a place of business at 6000 Carnegie Blvd., Charlotte,
NC 28209.

       3. Upon information and belief and at all times hereinafter mentioned,
defendant USCA-SEABELL, INC. was and still is a corporation organized and
existing under the laws of the State of New York, with offices and a place of
businesss at 50 Harrison St., Hoboken, NJ 07030.

       4. From on or about December 1, 2006 to the present, defendant
delivered cargoes to plaintiff at various ports for the purpose of having the cargoes
carried to various ports of destination, there to be delivered to the consignees and/or
their agents, in consideration of payment by defendant to plaintiff of ocean freight
and related charges, calculated pursuant to a Service Contract between the parties
and/or plaintiff's tariff.

5. Thereafter, defendant made shipments with plaintiff, and incurred charges totalling $387,025.19.

6. Defendant has failed to remit the payment due of $387,025.19, although duly demanded (Exhibit A).

7. All shipments were properly carried by plaintiff, or are in the process of being carried by plaintiff.

8. Plaintiff has performed and is performing all acts required to be performed by plaintiff.

9. Defendant has failed and refused and continues to fail and refuse to remit payment of $387,025.19, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $387,025.19 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon, costs, disbursements and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
October 18, 2007

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By _____

Albert J. Avallone - AA1679
Attorneys for Plaintiff
MAERSK LINE
551 Fifth Avenue, Suite 1625
New York, NY 10176
(212) 696-1760

# ✳ MAERSK LINE

6000 Carnegie Boulevard, Charlotte, NC 28209

| Customer Name: | USCA SEABELL INC | | | | | Group: |
| Customer Number: | 33100231448 | | | | | Statement of Account as of: |

| Invoice Number | Transaction Number | Trans Date | Original Amount | Amount Paid | Outstanding Amount | Days Past Due | Shipper Ref |
|---|---|---|---|---|---|---|---|
| U1384S3903 | 854873098 | 7/22/2007 | $2,146.00 | $0.00 | $2,146.00 | 86 OE004827 |
| U13845S904 | 854872968 | 7/22/2007 | $2,133.00 | $0.00 | $2,133.00 | 86 OE004819 |
| U1384935949 | 523506969 | 7/22/2007 | $4,090.00 | $0.00 | $4,090.00 | 86 OE004984 |
| U1384608l1 | 523523177 | 7/22/2007 | $3,999.01 | $0.00 | $3,999.01 | 86 OE004812 |
| U1388808S1 | 523486745 | 7/22/2007 | $4,090.00 | $0.00 | $4,090.00 | 86 OE004945 |
| U138482770 | 525066974 | 7/22/2007 | $4,090.00 | $0.00 | $4,090.00 | 86 OE004946 |
| U1385660l1 | 523447227 | 7/23/2007 | $4,579.18 | $4,135.00 | $444.18 | 85 23154 WS |
| U1386148l9 | 854831354 | 7/26/2007 | $4,015.00 | $0.00 | $4,015.00 | 82 OE004787 |
| U138838893 | 524056596 | 7/30/2007 | $3,753.00 | $0.00 | $3,753.00 | 78 HOU 512087 |
| U138512611 | 854952229 | 7/30/2007 | $2,398.00 | $0.00 | $2,398.00 | 78 OE004926 |
| 9AL8839358 | 523389944 | 7/30/2007 | $4,579.15 | $4,135.00 | $444.15 | 78 23154 WS |
| U138533849 | 854876448 | 8/5/2007 | $3,999.18 | $0.00 | $3,999.18 | 72 OE004888 |
| U138901720? | 5452263S | 8/6/2007 | $? | $? | $? | 71 23154 WS |
| U138625773 | 523695209 | 8/6/2007 | $4,891.00 | $0.00 | $4,891.00 | 71 OE005030 |
| U138548396 | 854960533 | 8/6/2007 | $2,863.00 | $0.00 | $2,863.00 | 71 OE005040 |
| U138549703 | 523655823 | 8/8/2007 | $11,741.61 | $10,592.00 | $1,149.61 | 69 LC ZLC009-2703353 |
| U13853046 | 523624676 | 8/8/2007 | $14,677.01 | $13,240.00 | $1,437.01 | 69 LC ZCC009-2703252 |

10/18/2007 11:29:41 AM

1

Seabell post 7-17 su#97BE93b.xls

EXHIBIT "A"

| | | | | | | |
|---|---|---|---|---|---|---|
| U138788139 | 5231616665 | 8/9/2007 | $17,180.73 | $14,943.00 | $2,157.73 | 68 6274 |
| U138767174 | 6548413560 | 8/9/2007 | $4,015.00 | $0.00 | $4,015.00 | 68 0B004786 |
| U138800767 | 8549470061 | 8/13/2007 | $5,585.00 | $0.00 | $5,585.00 | 64 0B004690 |
| U138577910 | 8548766446 | 8/13/2007 | $5,998.31 | $0.00 | $5,998.31 | 64 0B004887 |
| U138585845 | 5236595137 | 8/13/2007 | $4,225.00 | $0.00 | $4,225.00 | 64 0B003403 |
| U138584544 | 5236951806 | 8/13/2007 | $2,398.00 | $0.00 | $2,398.00 | 64 0B003051 |
| U138663986 | 5233143025 | 8/13/2007 | $2,436.00 | $0.00 | $2,436.00 | 64 0B005058 |
| U138677074 | 5235366620 | 8/17/2007 | $3,726.00 | $0.00 | $3,726.00 | 60 23154 WS |
| U138594602 | 6549522210 | 8/19/2007 | $4,090.00 | $0.00 | $4,090.00 | 58 0B004925 |
| U138596866 | 5233644896 | 8/19/2007 | $5,871.00 | $5,115.00 | $756.00 | 58 L13-A4647 |
| U138618901 | 8549640089 | 8/19/2007 | $3,998.55 | $2,398.00 | $1,600.55 | 58 0B005022 |
| L138680449 | 5226754426 | 8/20/2007 | $3,315.70 | $3,028.00 | $287.70 | 57 23154 WS |
| C3C3829410 | 5230350831 | 8/23/2007 | $5,155.00 | $4,905.00 | $250.00 | 54 L6B11288 |
| U138625868 | 8549202217 | 8/23/2007 | $4,015.00 | $0.00 | $4,015.00 | 54 0B004947 |
| U138626220 | 5232137172 | 8/23/2007 | $4,700.00 | $0.00 | $4,700.00 | 54 23154 WS |
| U138755569 | 5237225516 | 8/23/2007 | $5,293.00 | $3,945.00 | $1,348.00 | 54 23154 WS |
| U138625754 | 5236152640 | 8/26/2007 | $2,231.00 | $0.00 | $2,231.00 | 51 23154 WS |
| U138644310 | 5236457563 | 8/30/2007 | $3,843.24 | $0.00 | $3,843.24 | 47 23154 WS |
| U138700602 | 5237344689 | 8/30/2007 | $4,570.00 | $0.00 | $4,570.00 | 47 23154 WS |
| U138797399 | 5237786088 | 8/22/2007 | $4,225.00 | $0.00 | $4,225.00 | 44 0B005454 |
| U138746771 | 5233830714 | 8/21/2007 | $2,441.00 | $0.00 | $2,441.00 | 44 |
| U138841040 | 5238307930 | 8/22/2007 | $4,915.00 | $0.00 | $4,915.00 | 44 23154 WS |

| | | | | | | |
|---|---|---|---|---|---|---|
| U13876814 | 52189362388 | 9/2/2007 | $2,511.00 | $0.00 | $2,511.00 | 44 OE005298 3 |
| U13878748 | 8545757138 | 9/2/2007 | $4,990.00 | $0.00 | $4,990.00 | 44 OE005067 |
| U13871079R | 52168676782 | 9/4/2007 | $4,005.00 | $0.00 | $4,005.00 | 42 23154 WS |
| U138657986 | 52364554584 | 9/4/2007 | $3,158.00 | $0.00 | $3,158.00 | 42 23154 WS |
| U137339622 | 855025585 | 9/5/2007 | $4,185.00 | $0.00 | $4,185.00 | 41 OE005164 |
| U138692981 | 52158589007 | 9/8/2007 | $5,026.00 | $0.00 | $5,026.00 | 38 23154 WS |
| U13873282 | 52363730735 | 9/8/2007 | $2,398.00 | $0.00 | $2,398.00 | 38 OE005222 |
| U138708973 | 52386610062 | 9/9/2007 | $2,498.00 | $0.00 | $2,498.00 | 37 OE005933 |
| U13871624 | 52386610061 | 9/9/2007 | $2,498.00 | $0.00 | $2,498.00 | 37 OE005357 |
| U138701975 | 52353014859 | 9/9/2007 | $4,405.00 | $0.00 | $4,405.00 | 37 23154 WS |
| U138673264 | 52389898293 | 9/9/2007 | $5,081.00 | $0.00 | $5,081.00 | 37 OE005106 |
| U138692981 | 8351054480 | 9/9/2007 | $4,425.00 | $0.00 | $4,425.00 | 37 OE005206 |
| U138702367 | 52331081830 | 9/9/2007 | $4,665.00 | $0.00 | $4,665.00 | 37 OE005258 |
| U138747622 | 52386099916 | 9/10/2007 | $3,754.11 | $0.00 | $3,754.11 | 36 52386099916 |
| U138756647 | 52369047222 | 9/10/2007 | $3,266.00 | $0.00 | $3,266.00 | 36 23154 WS |
| U138700172 | 8549676641 | 9/12/2007 | $4,015.00 | $0.00 | $4,015.00 | 34 OE005012 |
| U138704293 | 52350025601 | 9/12/2007 | $3,515.00 | $0.00 | $3,515.00 | 34 OE005165 |
| U138704867 | 85524243246 | 9/16/2007 | $2,579.00 | $0.00 | $2,579.00 | 30 OE005342 |
| U138322603 | 52317435339 | 9/16/2007 | $5,083.00 | $0.00 | $5,083.00 | 30 23154 WS |
| U138782671 | 52183294471 | 9/17/2007 | $9,189.40 | $0.00 | $9,189.40 | 29 23154 WS |
| U138807543 | 52375575754 | 9/17/2007 | $3,158.00 | $0.00 | $3,158.00 | 29 23154 WS |
| U138818925 | | | | | | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| U13878940142 | 5238785323 | 9/20/2007 | $3,611.00 | $0.00 | $3,611.00 | 26 231.54 WS |
| U13888616117 | 5239069804 | 9/24/2007 | $3,096.00 | $0.00 | $3,096.00 | 22 710N5023.32. |
| U138847061 | 5240149998 | 9/24/2007 | $4,371.00 | $0.00 | $4,371.00 | 22 231.54 WS |
| U136828453 | 5239610157 | 9/24/2007 | $4,281.00 | $0.00 | $4,281.00 | 22 0E0053.31 |
| U13831883& | 5239227191 | 9/24/2007 | $4,501.00 | $0.00 | $4,501.00 | 22 231.54 WS |
| U138847059 | 5239527600 | 9/26/2007 | $5,498.00 | $0.00 | $5,498.00 | 20 231.54 WS |
| U138844945 | 5240449.10 | 9/26/2007 | $4,132.29 | $0.00 | $4,132.29 | 20 231.54 WS |
| U13888619.46 | 5239227580 | 9/26/2007 | $6,030.82 | $0.00 | $6,030.82 | 20 231.54 WS |
| U13885096.88 | 5240137.63 | 9/26/2007 | $6,146.78 | $0.00 | $6,146.78 | 20 6440 |
| U13836.12044 | 5240655556 | 9/27/2007 | $1,127.00 | $0.00 | $1,127.00 | 19 231.54 WS |
| U13884702018 | 5239527659 | 9/27/2007 | $3,113.00 | $0.00 | $3,113.00 | 19 231.54 WS |
| U13878709806 | 5239480978 | 9/29/2007 | $4,371.00 | $0.00 | $4,371.00 | 17 231.54 WS |
| U13884208202 | 5239582264 | 9/30/2007 | $4,426.00 | $0.00 | $4,426.00 | 16 0E0053276 |
| U13883984 | 5237455977 | 9/30/2007 | $5,251.00 | $0.00 | $5,251.00 | 16 231.54 WS |
| U138809529 | 5238098315 | 10/1/2007 | $3,880.32 | $0.00 | $3,880.32 | 15 231.54 WS |
| U138809502 | 5238981727 | 10/1/2007 | $3,431.00 | $0.00 | $3,431.00 | 15 231.54 WS |
| U13882069091 | 5239700017 | 10/1/2007 | $3,880.32 | $0.00 | $3,880.32 | 15 231.54 WS |
| U138809718 | 5239700117 | 10/1/2007 | $4,030.32 | $0.00 | $4,030.32 | 15 231.54 WS |
| U13880972R | 5239699997 | 10/1/2007 | $3,431.00 | $0.00 | $3,431.00 | 15 231.54 WS |
| U138809620 | 5239960406 | 10/1/2007 | $4,051.00 | $0.00 | $4,051.00 | 15 231.54 WS |
| U138577908 | 5240065126 | 10/1/2007 | $4,430.32 | $0.00 | $4,430.32 | 15 231.54 WS |
| U138840570 | 5239604033 | 10/1/2007 | $4,051.00 | $0.00 | $4,051.00 | 15 231.54 WS |

| U138840075 | 71.84197888 | 10/17/2007 | $2,782.50 | $0.00 | $2,782.50 | 15 23154 WS |
|---|---|---|---|---|---|---|
| U138844505 | 524023510 | 10/24/2007 | $4,786.00 | $0.00 | $4,786.00 | 12 23154 WS |
| U138842023 | 523889468 | 10/24/2007 | $4,906.00 | $0.00 | $4,906.00 | 12 23154 WS |
| U138834294 | 524076185 | 10/4/2007 | $3,573.00 | $0.00 | $3,573.00 | 12 23154 WS |
| U138860029 | 855297369 | 10/17/2007 | $2,581.00 | $0.00 | $2,581.00 | 9 OR005517 |
| U138857911 | 524074565 | 10/8/2007 | $3,882.12 | $0.00 | $3,882.12 | 8 23154 WS |
| U138859944 | 524129958 | 10/8/2007 | $3,882.12 | $0.00 | $3,882.12 | 8 23154 WS |
| U138861258 | 524061858 | 10/8/2007 | $3,431.00 | $0.00 | $3,431.00 | 8 23154 WS |
| U138857889 | 523938223 | 10/8/2007 | $5,773.00 | $0.00 | $5,773.00 | 8 23154 WS |
| U138872720 | 524065859 | 10/8/2007 | $3,431.00 | $0.00 | $3,431.00 | 8 23154 WS |
| U138872721 | 524129964 | 10/8/2007 | $3,882.12 | $0.00 | $3,882.12 | 8 23154 WS |
| U138872678 | 524129932 | 10/8/2007 | $3,431.00 | $0.00 | $3,431.00 | 8 23154 WS |
| U138872714 | 524129954 | 10/8/2007 | $3,882.12 | $0.00 | $3,882.12 | 8 23154 WS |
| U138872685 | 524140036 | 10/8/2007 | $3,882.12 | $0.00 | $3,882.12 | 8 23154 WS |
| U138830491 | 524102679 | 10/8/2007 | $3,431.00 | $0.00 | $3,431.00 | 8 23154 WS |
| U138873764 | 524084007 | 10/8/2007 | $3,882.12 | $0.00 | $3,882.12 | 8 23154 WS |
| U138873758 | 524084078 | 10/8/2007 | $3,431.00 | $0.00 | $3,431.00 | 8 23154 WS |
| U138825940 | 523927142 | 10/8/2007 | $4,381.00 | $0.00 | $4,381.00 | 8 23154 WS |
| U138889188 | 523819442 | 10/12/2007 | $3,951.00 | $0.00 | $3,951.00 | 4 23154 WS |
| U138890778 | 523716939 | 10/14/2007 | $4,051.00 | $0.00 | $4,051.00 | 2 23154 WS |
| U138894146 | 524084867 | 10/14/2007 | $2,681.00 | $0.00 | $2,681.00 | 2 OR005674 |
| U138879547 | 524122927 | 10/16/2007 | $3,781.00 | $0.00 | $3,781.00 | 0 23154 WS |

5

Seabell post 7-17 5d9788B.xls

| | | | | | | |
|---|---|---|---|---|---|---|
| U13865782/9a | 5241222905 | 10/16/2007 | $4,433.21 | $0.00 | $4,433.21 | 0 231.54 WS |
| U13865782/59 | 5240915535 | 10/16/2007 | $3,885.21 | $0.00 | $3,885.21 | 0 231.54 WS |
| U13889063/4 | 8551615344 | 10/21/2007 | $4,111.00 | $0.00 | $4,111.00 | 5 0.00 312 |
| U13885/3796 | 5241229960 | 10/22/2007 | $3,451.00 | $0.00 | $3,451.00 | 6 231.54 WS |

**Group Total:** $460,303.49    $73,482.00    $386,821.49    Avg. Days: 90.50

Customer Name: DAN-A-SEADELL LTD

Customer Number: 31100231448

| Transaction Number Invoice Number St. Number | Invoice Date | Original Amount | | Outstanding Amount | Days Past Due | Shipper Ref |
|---|---|---|---|---|---|---|
| 1.1287555770  52372S516 | 9/19/2007 | $130.00 | $0.00 | $130.00 | 28 | 23154 WS |
| 1.128786763  523830714 | 9/29/2007 | $73.70 | $0.00 | $73.70 | 18 | OE005477 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Group Total:** | | $203.70 | $0.00 | $203.70 | Avg. Days: | 94.00 |