UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MAERSK LINE

                              Plaintiff,

          - against -

USCA-SEABELL, INC.,

                             Defendant.
----------------------------------------------------------X

07 CV 8756 (STEIN)

**AFFIDAVIT**

STATE OF NEW YORK    )
                                   ) ss.:
COUNTY OF NEW YORK  )

       MICHAEL VEYNBERG, being duly sworn, deposes and says:

       1. I am the President of defendant USCA-SEABELL, INC. On October 23, 2007, I accepted service of the Amended Complaint in the above action on behalf of defendant.

Dated: New York, New York
          October 23, 2007

_____
                 MICHAEL VEYNBERG

Sworn to before me this
23rd day of October, 2007

_____
     Notary Public

DOROTHY C. MERITE
Notary Public, State of New York
No. 31-4961397
Qualified in New York County
My Commission Expires 2/12/10

Case 1:07-cv-08756-SHS   Document 5   Filed 10/29/2007   Page 1 of 1