5-638563
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MAERSK LINE,

                                        Plaintiff,

                - against -

USCA-SEABELL, INC.,

                                        Defendant.
------------------------------------------------------X

07 CIV. 8756 (STEIN)

MOTION FOR ENTRY
OF JUDGMENT BY
DEFAULT

        PLEASE TAKE NOTICE that upon the affidavits of Albert J.

Avallone, Esq., with Exhibits annexed thereto, and Dave Johnson, and upon all

prior papers and proceedings herein, plaintiff MAERSK LINE will move this

Honorable Court at the United States District Court for the Southern District of New

York, 500 Pearl St., New York, NY, before the Hon. Sidney H. Stein, D.J., on

December 4, 2007 in Courtroom 23A at 9:30 a.m. in the forenoon of that day, for

the entry of judgment by default in favor of plaintiff and against defendant USCA-

SEABELL, INC. due to defendant's failure to respond to the Complaint, pursuant to

Fed.R.Civ.P. 12.

Dated: New York, New York
       November 16, 2007

                                        LAW OFFICES OF
                                        ALBERT J. AVALLONE & ASSOCIATES

                                By_____
                                        Albert J. Avallone - AA1679
                                        Attorneys for Plaintiff
                                        MAERSK LINE
                                        551 Fifth Avenue, Suite 1625
                                        New York, NY  10176
                                        (212) 696-1780