5-638563

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAERSK SEALAND,

                     Plaintiff,

- against -

USCA-SEABELL, INC.,

                     Defendant.
------------------------------------------------------------X

07 CIV. 8756 (STEIN)

**STATEMENT**

Principal Amount Sued For:

1. B/L 854873098 .................................................................. $0.00

2. B/L 854872968 .................................................................. $2,133.00
   Interest at 6% from July 22, 2007
   through December 4, 2007 ................................................ $47.34

3. B/L 523506969 .................................................................. $4,090.00
   Interest at 6% from July 22, 2007
   from December 4, 2007 .................................................... $90.76

4. B/L 523523177 .................................................................. $3,999.01
   Interest at 6% from July 22, 2007
   through December 4, 2007 ................................................ $88.75

5. B/L 523486745 .................................................................. $326.00 (balance)
   Interest at 6% from July 22, 2007
   through December 4, 2007 ................................................ $7.23

6. B/L 523506974 .................................................................. $0.00

7. B/L 523447227 .................................................................. $0.00

8. B/L 854831354 .................................................................. $4,015.00
   Interest at 6% from July 26, 2007
   through December 4, 2007 ................................................ $86.46

9. B/L 524056596 .................................................................. $3,753.00
   Interest at 6% from July 30, 2007
   through December 4, 2007 ................................................ $78.35

10. B/L 854952229 ................................................................. $2,398.00
    Interest at 6% from July 30, 2007
    through December 4, 2007 ............................................... $50.06

11. B/L 523389944 ................................................................. $444.15
    Interest at 6% from July 30, 2007
    through December 4, 2007 ............................................... $9.27

12. B/L 854876448..................................................................$3,999.18
    Interest at 6% from August 5, 2007
    through December 4, 2007.........................................$79.55

13. B/L 523695209....................................................................$4,891.00
    Interest at 6% from August 6, 2007
    through December 4, 2007.........................................$96.48

14. B/L 854960533....................................................................$2,863.00
    Interest at 6% from August 6, 2007
    through December 4, 2007.........................................$56.48

15. B/L 523655823....................................................................$1,149.61
    Interest at 6% from August 8, 2007
    through December 4, 2007.........................................$22.30

16. B/L 523624676....................................................................$1,437.01
    Interest at 6% from August 8, 2007
    through December 4, 2007.........................................$27.87

17. B/L 523616665....................................................................$2,157.73
    Interest at 6% from August 9, 2007
    through December 4, 2007.........................................41.50

18. B/L 854831350....................................................................$4,015.00
    Interest at 6% from August 9, 2007
    through December 4, 2007.........................................$77.22

19. B/L 854947061....................................................................$5,585.00
    Interest at 6% from August 13, 2007
    through December 4, 2007.........................................$103.74

20. B/L 854876446....................................................................$3,998.31
    Interest at 6% from August 13, 2007
    through December 4, 2007.........................................$74.27

21. B/L 523695137....................................................................$4,225.00
    Interest at 6% from August 13, 2007
    through December 4, 2007.........................................$78.48

22. B/L 523695186....................................................................$2,398.00
    Interest at 6% from August 13, 2007
    through December 4, 2007.........................................$44.54

23. B/L 523737025....................................................................$2,436.00
    Interest at 6% from August 13, 2007
    through December 4, 2007.........................................$45.25

24. B/L 523556620....................................................................$0.00

25. B/L 854952210....................................................................$4,090.00
    Interest at 6% from August 19, 2007
    through December 4, 2007.........................................$71.94

26. B/L 523564896..........................................................$756.00
    Interest at 6% from August 19, 2007
    through December 4, 2007........................................$13.30

27. B/L 854964089..........................................................$1,600.55
    Interest at 6% from August 19, 2007
    through December 4, 2007........................................$28.15

28. B/L 523675426..........................................................$287.70
    Interest at 6% from August 20, 2007
    through December 4, 2007........................................$5.06

29. B/L 523050831..........................................................$250.00
    Interest at 6% from August 23, 2007
    through December 4, 2007........................................$4.23

30. B/L 854920217..........................................................$4,015.00
    Interest at 6% from August 23, 2007
    through December 4, 2007........................................$67.98

31. B/L 523737172..........................................................$0.00

32. B/L 523725516..........................................................$1,348.00
    Interest at 6% from August 23, 2007
    through December 4, 2007........................................$22.82

33. B/L 523615240..........................................................$0.00

34. B/L 523645763..........................................................$0.00

35. B/L 523734689..........................................................$4,570.00
    Interest at 6% from August 30, 2007
    through December 4, 2007........................................$72.12

36. B/L 523786088..........................................................$4,225.00
    Interest at 6% from September 2, 2007
    through December 4, 2007........................................$64.59

37. B/L 523830714..........................................................$2,411.00
    Interest at 6% from September 2, 2007
    through December 4, 2007........................................$36.96

38. B/L 523830730..........................................................$4,915.00
    Interest at 6% from September 2, 2007
    through December 4, 2007........................................$75.14

39. B/L 523899288..........................................................$2,511.00
    Interest at 6% from September 2, 2007
    through December 4, 2007........................................$38.39

40. B/L 854957138..........................................................$4,090.00
    Interest at 6% from September 2, 2007
    through December 4, 2007........................................$62.53

41. B/L 523886782..................................................$4,005.00
    Interest at 6% from September 4, 2007
    through December 4, 2007..............................$59.91

42. B/L 523645584..................................................$0.00

43. B/L 855025585..................................................$4,185.00
    Interest at 6% from September 5, 2007
    through December 4, 2007..............................$61.92

44. B/L 523583907..................................................$0.00

45. B/L 523830735..................................................$2,398.00
    Interest at 6% from September 8, 2007
    through December 4, 2007..............................$34.29

46. B/L 523861062..................................................$2,498.00
    Interest at 6% from September 9, 2007
    through December 4, 2007..............................$35.31

47. B/L 523861061..................................................$0.00

48. B/L 523534439..................................................$0.00

49. B/L 523898293..................................................$5,081.00
    Interest at 6% from September 9, 2007
    through December 4, 2007..............................$71.83

50. B/L 523899286..................................................$2,498.00
    Interest at 6% from September 9, 2007
    through December 4, 2007..............................$35.31

51. B/L 855103480..................................................$4,425.00
    Interest at 6% from September 9, 2007
    through December 4, 2007..............................$62.56

52. B/L 523810830..................................................$4,665.00
    Interest at 6% from September 9, 2007
    through December 4, 2007..............................$65.95

53. B/L 523869916..................................................$218.11 (balance)
    Interest at 6% from September 10, 2007
    through December 4, 2007..............................$3.05

54. B/L 523694722..................................................$0.00

55. B/L 854967841..................................................$4,015.00
    Interest at 6% from September 12, 2007
    through December 4, 2007..............................$54.78

56. B/L 855025601..................................................$3,515.00
    Interest at 6% from September 12, 2007
    through December 4, 2007..............................$47.96

57. B/L 855243246..................................................$2,579.00
    Interest at 6% from September 16, 2007
    through December 4, 2007..................................$33.49

58. B/L 523745339..................................................$0.00

59. B/L 523839471..................................................$0.00

60. B/L 523775754..................................................$0.00

61. B/L 523878523..................................................$3,611.00
    Interest at 6% from September 20, 2007
    through December 4, 2007..................................$44.52

62. B/L 523969804..................................................$3,096.00
    Interest at 6% from September 24, 2007
    through December 4, 2007..................................$36.13

63. B/L 524014998..................................................$0.00

64. B/L 523961057..................................................$4,281.00
    Interest at 6% from September 24, 2007
    through December 4, 2007..................................$49.96

65. B/L 523927191..................................................$4,501.00
    Interest at 6% from September 24, 2007
    through December 4, 2007..................................$52.53

66. B/L 523927600..................................................$415.00 (balance)
    Interest at 6% from September 26, 2007
    through December 4, 2007..................................$4.71

67. B/L 524044910..................................................$132.29
    Interest at 6% from September 26, 2007
    through December 4, 2007..................................$1.50

68. B/L 523927580..................................................$947.82 (balance)
    Interest at 6% from September 26, 2007
    through December 4, 2007..................................$10.75

69. B/L 524013763..................................................$6,146.78
    Interest at 6% from September 26, 2007
    through December 4, 2007..................................$69.72

70. B/L 524065556..................................................$0.00

71. B/L 523927659..................................................$3,113.00
    Interest at 6% from September 27, 2007
    through December 4, 2007..................................$34.80

72. B/L 5239460789................................................$0.00

73. B/L 523958264.................................................$4,426.00
    Interest at 6% from September 30, 2007
    through December 4, 2007..............................$47.29

74. B/L 523745977.................................................$5,251.00
    Interest at 6% from September 30, 2007
    through December 4, 2007..............................$56.11

75. B/L 523898315.................................................$3,880.32
    Interest at 6% from October 1, 2007
    through December 4, 2007..............................$40.82

76. B/L 523898327.................................................$3,431.00
    Interest at 6% from October 1, 2007
    through December 4, 2007..............................$36.10

77. B/L 523970007.................................................$0.00

78. B/L 523970017.................................................$4,430.32
    Interest at 6% from October 1, 2007
    through December 4, 2007..............................$46.61

79. B/L 523969997.................................................$0.00

80. B/L 523960406.................................................$4,051.00
    Interest at 6% from October 1, 2007
    through December 4, 2007..............................$42.62

81. B/L 524065126.................................................$4,430.32
    Interest at 6% from October 1, 2007
    through December 4, 2007..............................$46.61

82. B/L 523960403.................................................$4,051.00
    Interest at 6% from October 1, 2007
    through December 4, 2007..............................$42.62

83. B/L 523979888.................................................$2,782.00
    Interest at 6% from October 1, 2007
    through December 4, 2007..............................$29.27

84. B/L 524023530.................................................$4,786.00
    Interest at 6% from October 4, 2007
    through December 4, 2007..............................$47.99

85. B/L 523889468.................................................$4,906.00
    Interest at 6% from October 4, 2007
    through December 4, 2007..............................$49.19

86. B/L 524076185.................................................$0.00

87. B/L 855297369.................................................$2,581.00
    Interest at 6% from October 7, 2007
    through December 4, 2007..............................$24.61

88. B/L 524074565..................................................$0.00

89. B/L 524129958..................................................$0.00

90. B/L 524065858..........................................$3,431.00
    Interest at 6% from October 8, 2007
    through December 4, 2007.............................$32.15

91. B/L 523938223...........................................$5,773.00
    Interest at 6% from October 8, 2007
    through December 4, 2007.............................$54.09

92. B/L 524065859..................................................$0.00

93. B/L 524129964..................................................$0.00

94. B/L 524129932..................................................$0.00

95. B/L 524129954..................................................$0.00

96. B/L 524140036..................................................$0.00

97. B/L 524102679..................................................$0.00

98. B/L 52408467...................................................$0.00

99. B/L 524084078..................................................$0.00

100. B/L 523927142..........................................$4,381.00
     Interest at 6% from October 8, 2007
     through December 4, 2007............................$41.05

101. B/L 523819442..................................................$0.00

102. B/L 523716939..........................................$4,051.00
     Interest at 6% from October 14, 2007
     through December 4, 2007............................$33.96

103. B/L 524084867..........................................$2,681.00
     Interest at 6% from October 16, 2007
     through December 4, 2007............................$21.59

104. B/L 524122905..........................................$4,433.21
     Interest at 6% from October 16, 2007
     through December 4, 2007............................$35.71

105. B/L 524091535..........................................$3,883.21
     Interest at 6% from October 16, 2007
     through December 4, 2007............................$31.27

106. B/L 855161344..........................................$4,111.00
     Interest at 6% from October 21, 2007
     through December 4, 2007............................$29.73

107. B/L 524129960 .................................................. $0.00
108. B/L 523725516 .................................................. $130.00
    Interest at 6% from September 19, 2007
    through December 4, 2007 .................................. $1.62

109. B/L 523830714 .................................................. $73.70
    Interest at 6% from September 29, 2007
    through December 4, 2007 .................................. $.80

Disbursements:

Clerk's Fee .............. $350.00

Total (as of December 4, 2007) .................................. $247,444.13

Dated: New York, New York
       November 16, 2007

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By_____
Albert J. Avallone - AA1679
Attorneys for Plaintiff
MAERSK LINE
551 Fifth Avenue, Suite 1625
New York, NY 10176
(212) 696-1760