UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MAERSK LINE,

                        Plaintiff,       07 CIV. 8756 (STEIN)

      - against -                        **CLERK CERTIFICATE**

USCA-SEABELL, INC.,

                        Defendant.
-----------------------------------------------------------X

        I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above entitled action indicate that the Summons and Complaint herein were filed on October 10, 2007, that an Amended Summons and Amended Complaint were filed on October 19, 2007, and that defendant USCA-SEABELL, INC. was served with copies of the Amended Summons and Amended Complaint on October 23, 2007 by personal service on Michael Veynberg, President. I further certify that the docket entries indicate that the defendant has not filed an answer to the Complaint herein, and that the time to answer the Complaint has expired. The default of the defendant is hereby noted.

Dated: New York, New York
       November 2\_ , 2007

                                              */s/ J. Michael McMahon*
                                                      Clerk