CITY OF NEW YORK      )
STATE OF NEW YORK     ) SS:
COUNTY OF NEW YORK  )

Albert J. Avallone, being duly sworn, deposes and says that he is a member of

the Law Offices of Albert J. Avallone & Associates, attorneys for plaintiff herein.

That on the 16th    day of November            , 2007, he served the within

Motion for Entry of Judgment by Default

upon the following:

USCA-Seabell, Inc.
50 Harrison St.
Hoboken, NJ 07030

by depositing (a) true copy(ies) of the same securely enclosed in (a) postpaid wrapper(s)
in a Post Office Box regularly maintained by the United States Government at 551 Fifth
Avenue, New York, NY 10176, directed to the above mentioned individual(s) at his
(their) respective address(es) above, that (these) being the address(es) within the State
designated by him (them) for that purpose upon the preceeding papers in this action or
the place where he (they) then kept an office, between such places, there then was and
now is a regular communication by mail.

Deponent is over the age of 18 years.

_____

Sworn to before me this
16th day of NOVEMBER   , 2007

_____

DOROTHY C. MERITE
Notary Public, State of New York
No. 31-4861997
Qualified in New York County
My Commission Expires ...........................