USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07

5-638563
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MAERSK LINE,

                    Plaintiff,

     - against -

USCA-SEABELL, INC.,

                    Defendant.
-----------------------------------------------------------X

07 CIV. 8756 (STEIN)

DEFAULT JUDGMENT

       This action having been commenced by the filing of a Summons and Complaint, and the filing of an Amended Summons and Amended Complaint, and a copy of the Amended Summons and Amended Complaint having been served on defendant USCA-SEABELL, INC. on October 23, 2007 by personal service on Michael Veynberg, President, and proof of service having been filed, and the defendant not having answered the Amended Complaint, and the time for answering the Amended Complaint having expired, *and a motion for a default having been made by plaintiff on notice to defendant dated Nov 16, returnable on Dec 4, and no one appears for def on that day.* Now on motion of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff, it is

       ORDERED, ADJUDGED AND DECREED that the plaintiff MAERSK LINE have judgment against defendant USCA-SEABELL, INC. in the liquidated amount of $243,662.33, with interest at 6% from the respective dates due amounting to $3,431.80, plus the costs and disbursements of this action in the amount of $350.00, amounting in all to $247,444.13.

Dated: New York, New York
       December 5, 2007

_____
U.S.D.J.